**[Exempt From Filing Fee Government Code § 6103]**

Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for COUNTY OF SAN BERNARDINO, RICHARD PERRY, ELIZABETH GONZALEZ, RICARDO RODRIGUEZ, ADRIAN VINDAS, GERARDO JIMENEZ, AND STEVEN EVERHART'S

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CYNTHIA AMES, individually and as a successor in interest to Henry Simmons, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, Inclusive.<br><br>Defendants. | CASE NO. 5:18-cv-01362 JGB(JEMx)<br>Hon. Jesus G. Bernal<br>Courtroom 1<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date:   June 8, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties in the above-captioned actions have reached an agreement to settle all claims between Plaintiff CYNTHIA AMES and Defendants COUNTY OF SAN BERNARDINO, ELIZABETH GONZALEZ, RICARDO RODRIGUEZ, and ADRIAN VINDAS.

/ / /

/ / /

/ / /

1  The Parties respectfully request the Court vacate the Final Pretrial Conference
2  currently set for May 24, 2021, and the trial date of June 8, 2021.

DATED: May 18, 2021         WESIERSKI & ZUREK LLP

By: *Michelle Prescott*
Michelle R. Prescott
Attorneys for COUNTY OF SAN BERNARDINO, RICHARD PERRY, ELIZABETH GONZALEZ, RICARDO RODRIGUEZ, ADRIAN VINDAS, GERARDO JIMENEZ, AND STEVEN EVERHART'S

DATED: May 18, 2021         LAW OFFICE OF SHARON J. BRUNNER
                            LAW OFFICE OF JAMES S. TERRELL

By: /s/ SHARON J. BRUNNER
SHARON J. BRUNNER, ESQ.
JAMES S. TERRELL, ESQ.
Attorneys for Plaintiff: CYNTHIA AMES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 18, 2021, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Sharon J. Brunner, Esq.<br>THE LAW OFFICE OF SHARON J. BRUNNER<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff |
| James S. Terrell, Esq.<br>THE LAW OFFICE OF JAMES S. TERRELL<br>15411 Anacapa Road<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>E-Mail: jim@talktoterrell.com | Attorney for Claimant |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2021, at Lake Forest, California.

/s/ CHELSEA ANDERSON
Chelsea Anderson

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1369147-1 SBD-0002

Case No. 5:18-cv-01362 JGB(JEMx)
JOINT NOTICE OF SETTLEMENT