SHARON J. BRUNNER, (SBN: 229931)
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 101
Victorville, CA 92392
E-mail: sharonjbrunner@yahoo.com

JAMES S. TERRELL (SBN #170409)
15411 Anacapa Road
Victorville, California 92392
(760) 951-5850(760) 952-1085 fax
E-mail: jim@talktoterrell.com

Attorneys for Plaintiff Cynthia Ames

Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for COUNTY OF SAN BERNARDINO, RICHARD PERRY, ELIZABETH GONZALEZ, RICARDO RODRIGUEZ, ADRIAN VINDAS, GERARDO JIMENEZ, AND STEVEN EVERHART

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA AMES<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al<br><br>Defendants. | **Case No. 5:18-cv-01362-JGB-JEM**<br><br>**STIPULATION RE:DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP, Rule 41(a)(1)(A)(i)]<br><br>Honorable District Court Judge Jesus G. Bernal |

1

Plaintiff Cynthia Ames and defendants County of San Bernardino, et al. stipulate and agree pursuant to FRCP, Rule 41(a)(1)(A)(ii), as follows:

1. To dismissal of the entire action WITH PREJUDICE; and

2. That the parties shall bear their own costs and fees incurred in connection with the prosecution and defense of the action

Dated: June 23, 2021                    LAW OFFICES OF JAMES TERRELL

*/s/ James Terrell*
JAMES TERRELL
Attorney for Plaintiffs

Dated: June 23, 2021                    LAW OFFICES OF SHARON BRUNNER

*/s/ Sharon Brunner*
SHARON BRUNNER
Attorney for Plaintiffs

Dated: June 24, 2021                    WESIERSKI & ZUREK LLP

*/s/Christopher Wesierski*____
Christopher P. Wesierski
Attorney for COUNTY OF SAN BERNARDINO, ELIZABETH GONZALEZ, RICARDO RODRIGUEZ, ADRIAN VINDAS,